UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID C. PAYTON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration, | ) Cause No. 1:13-cv-985-WTL-DKL |
| Defendant. | ) |

## JUDGMENT

The Court having this day made its Entry, IT IS THEREFORE ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

SO ORDERED: 07/18/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.